**IT IS SO ORDERED.**

Dated: March 23, 2011
       01:30:16 PM

_Kay Woods_
**Kay Woods
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-44250 |
| | ) | |
| TIMOTHY ANDREW WERTZ, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge KAY WOODS |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>US BANK, NA FOR RELIEF FROM</u> |
| | ) | <u>STAY AND ABANDONMENT</u> |
| | ) | |
| | ) | <ADDRESS OF REAL PROPERTY: |
| | ) | 40 CRESTLINE PLACE, |
| | ) | YOUNGSTOWN, OH 44512> |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, NA ("Movant"). (Docket 11). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 40 CRESTLINE PLACE, YOUNGSTOWN, OH 44512.

# # #

SUBMITTED BY:

/s/  Erin M. Laurito
Erin M. Laurito (0075531)
Laurito & Laurito, LLC
7550 Paragon Road
Dayton, OH 45459
937-743-4878
Attorney for Movant

MAILING LIST

Timothy Andrew Wertz, debtor
10978 Mindling Lane
Minerva, OH 44657
(served via US Mail)

Melody Wertz, interested party
40 Crestline Place
Youngstown, OH 44512
(served via US Mail)

Tracey Laslo
Attorney for Debtor
325 E. Main St.
Alliance, OH 44601
(served via ECF Noticing)

Andrew W. Suhar, Trustee
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, OH 44501
(served via ECF Noticing)

Office of the US Trustee
Howard Metzenbaum US Courthouse
201 Superior Avenue
Cleveland, OH 44114
(served via ECF Noticing)