Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 10–44250–kw**

**In re:**
Timothy Andrew Wertz
10978 Mindling Lane
Minerva, OH 44657

**Social Security No.:**
xxx–xx–9554

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Andrew W Suhar is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 28, 2011                    /s/ Kay Woods
Form ohnb136                                   United States Bankruptcy Judge